UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO TURNER, SANDRA TAFOLLA-TURNER, INDIVIDUALS,<br><br>        Plaintiff,<br><br>   v.<br><br>RANCHO FINANCIAL, INC. D/B/A RANCHO FINANCIAL MORTGAGE, et al.,<br><br>        Defendants. | Case No. EDCV 10-00341 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Rancho Financial, Inc., Indymac, F.S.B., Onewest Bank, and Aztec Foreclosure Corp. is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>January 31, 2011</u>

                                       VIRGINIA A. PHILLIPS
                             United States District Judge