**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO TURNER, SANDRA TAFOLLA-TURNER, INDIVIDUALS,<br><br>           Plaintiff,<br><br>   v.<br><br>RANCHO FINANCIAL, INC. D/B/A RANCHO FINANCIAL MORTGAGE, et al.,<br><br>           Defendants. | Case No. EDCV 10-00341 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against REO Properties Two, LLP, is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:  February 15, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge